# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Vivian Woodbury <br>　　　Debtor, <br><br> REVERSE MORTGAGE SOLUTIONS, INC AS SERVICER FOR LIBERTY HOME EQUITY SOLUTIONS, INC. FKA GENWORTH FINANCIAL HOME EQUITY ACCESS, INC. , <br><br>　　　Movant, <br><br> v. <br><br> Vivian Woodbury, and <br><br> WILLIAM C. MILLER, Esq., Ch. 13 Trustee <br><br>　　　Respondents. | Bankruptcy No. 17-12803-amc <br><br> Chapter 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　**REVERSE MORTGAGE SOLUTIONS, INC AS SERVICER FOR LIBERTY HOME EQUITY SOLUTIONS, INC. FKA GENWORTH FINANCIAL HOME EQUITY ACCESS, INC.** has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 7, 2018, (seventeen (17) days after the date of service below in accordance with Local Rules and Procedures of this Court), you or your attorney must do all of the following:

　　(a) File a response in person or via mail with the Clerk explaining your position at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse 900 Market Street, Suite 214 Philadelphia, PA 19107.

If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
　　(b) Mail a copy to the movant's attorney:

6409 Congress Avenue, #100 Boca Raton, FL 33487 -and  130

Clinton Road, Suite 202 Fairfield, NJ 07004

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan  on June 12, 2018, at 11:00  am at Robert N.C. Nix Sr. Federal Courthouse 900 Market Street, Courtroom #5, Philadelphia, PA 19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office to find out whether the hearing has been cancelled because no one filed a response.

Dated: 5.21.18

Robertson, Anschutz & Schneid, PL
6409 Congress Avenue, #100
Boca Raton, FL 33487
    -and
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Tel: (561) 241-6901
Fax: (561) 241 -1969

By: /s/ Kevin Buttery
Kevin Buttery, Esquire
PA I.D. 319438
kbuttery@rascrane.com